IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EARNEST MIMS,<br><br>               Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, MICHAEL FORD, OZZIE PIERCE, LISA McCOY, and PAULA NOBLE,<br><br>               Defendants. | No. 1:18-CV-00264<br><br>Hon. Nancy L. Maldonado<br>Magistrate Jeffrey T. Gilbert |

## **STIPULATION FOR DISMISSAL OF ACTION**

TO:    The Clerk of the Court

      Plaintiff Earnest Mims and defendants The Boeing Company, Michael Ford, Ozzie Pierce, Lisa McCoy, and Paula Noble, being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action shall be dismissed with prejudice and without costs to any party.

      The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

1

DATED this 15th day of March, 2023.

By: /s/ Christopher V. Langone
    Christopher V. Langone
    205 North Michigan Ave. Suite 810
    Chicago, IL 60601
    (312) 720-9191
    Chris@LangoneLaw.com

Attorneys for Plaintiff Earnest Mims

By: /s/ James Sanders
    James Sanders, WA Bar No. 24565
    Perkins Coie LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    (206) 359-8000
    JSanders@perkinscoie.com

    Jillian B. Sommers, Bar ID 6317803
    Perkins Coie LLP
    131 S. Dearborn St., Suite 1700
    Chicago, IL 60601
    (312) 324-8400
    JSommers@perkinscoie.com

Attorneys for Defendants The Boeing Company, Michael Ford, Lisa McCoy, Paula Noble, and Ozzie Pierce

2023-03-14 Stipulation for Dismissal of Action.DOCX
92538815.1